

AUG 24 2017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Raul Conejo DEFENDANT(S). | CASE NUMBER CR 15-688 (A) ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___8/30/17___, at ___9:00___ ☒a.m. / ☐p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___20, U.S. Courthouse 312 N. Spring St., LA, CA 90012___

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___8/24/17___            _____
                                U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                    Page 1 of 1