UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Raul Cornejo, DEFENDANT(S). | CASE NUMBER CR 15-688(A) ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of  defendant , IT IS ORDERED that a detention hearing is set for  9/1/17 , at 9:30 ☒ a.m. / ☐ p.m. before the Honorable  Jacqueline Chooljian , in Courtroom  20, U.S. Courthouse 312 N. Spring St., LA, CA 90012 

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 8/30/17

U.S. ~~District Judge~~/Magistrate Judge